**ORIGINAL**

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2006 FEB 10  PM 1: 25
CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| MAURICIO CAMACHO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 304-22 |
| | ) |
| CORRECTIONS CORPORATION | ) |
| OF AMERICA et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Defendants' summary judgment motion is **GRANTED** and judgment is **ENTERED** in favor of defendants.

SO ORDERED this 10th day of February, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE